Ana M. Menjivar Bar No. 130967
Attorney at Law
P. O. Box 2152
Rohnert Park, CA 94927
(707) 326-5782
Lawoffice.amenjivar@gmail.com

Attorney for Plaintiff
ANNE M. LUEVANOS

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*9/14/2021*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| ANNE M. LUEVANOS, | Case Number 4:21-cv-04456-YGR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| SLOAN VALVE COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff ANNE M. LUEVANOS, voluntarily dismisses with prejudice the above-entitled action

/ / /

against Defendant SLOAN VALVE COMPANY.  This notice of dismissal is being filed with the Court before service of process was made upon Defendant.

Dated:  August 19, 2021

/s/ Ana M. Menjivar
_____
ANA M. MENJIVAR,
Attorney for Plaintiff,
ANNE M. LUEVANOS

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE